No. 03–8247. DORTCH *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 03–8255. BROWN *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 03–8261. DOYLE *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 03–8276. CARTER *v.* TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 03–8277. EDWARDS *v.* FISCHER, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 03–8279. CARSON *v.* ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 03–8286. DAVIS *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 03–8297. SMITH *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 03–8326. CUYUGAN *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 03–8345. JONES *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 03–8362. SAMUELSON *v.* KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 03–8375. MOORE *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 03–8397. COOPER *v.* JOHNSON, REGIONAL DIRECTOR, GEORGIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–8416. WINSTON *v.* WINTERS, WARDEN. App. Ct. Ill., 2d Dist. Certiorari denied.